Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA

vs.

Crim. No. 3:92CR270-11

Millard Carson McCain

On October 21, 2005 the above named was placed on Supervised Release for a period of Five (5) years. It is the opinion of the probation officer that the defendant is no longer in need of supervision. It is accordingly recommended that Millard Carson McCain be discharged from supervision.

Respectfully submitted,

Brian L. Hopkins
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 28th day of September, 2006.

Graham C. Mullen
U.S. District Judge